IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:08-00227 |
| | ) | Chief Judge Haynes |
| LONNIE L. HOLLAND, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

For the reasons stated in open court, the Defendant is sentenced to eighteen (18) months in the custody of the Bureau of Prisons to be served consecutive to Defendant's state sentence.

It is so **ORDERED**.

**ENTERED** this the 17th day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court